# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

WILDY LAUREN,

               Plaintiff,              Case No. 2:10-cv-01544-KJD-PAL

vs.                                          **ORDER**

WILLIAM NELLIS, *et al.,*

               Defendants.

      This matter is before the court on the parties' failure to file a joint status report as required in Order (Dkt. #3) entered September 10, 2010, regarding removal of this case to federal district court. On September 28, 2010, Defendants Colacuri and LVMPD filed a signed Statement (Dkt. #7) which complied with the court's order that the removing party file a statement providing the information specified. However, the parties have not submitted a joint status report regarding removal as required. Accordingly,

      **IT IS ORDERED** the parties shall file a joint status report **no later than 4:00 p.m., November 1, 2010,** which must:

      1.    Set forth the status of this action, including a list of any pending motions and/or other matters which require the attention of this court.

      2.    Include a statement by counsel of action required to be taken by this court.

      3.    Include as attachments copies of any pending motions, responses and replies thereto and/or any other matters requiring the court's attention not previously attached to the notice of removal.

      Dated this 18th day of October, 2010.

                                                         Peggy A. Leen
                                                         United States Magistrate Judge