# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| WILDY LAUREN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:10-cv-01544-KJD-PAL |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| WILLIAM NELLIS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

The court conducted a hearing on March 8, 2011, on Plaintiff's Motion to Request Continuance for Defendant LVMPD's Counsel Early Request for Admissions (Dkt. #21). The Plaintiff, who is appearing *pro se*, appeared. Phillip R. Byrnes appeared on behalf of Defendant City of Las Vegas. Counsel for Defendants LVMPD and Officer Colacurci did not appear or file a response to the motion.

At the hearing, Plaintiff advised that she had recently responded to Defendant LVMPD's Request for Admissions, and had propounded written discovery. The court explained that the discovery cutoff would expire March 18, 2011, and that the Local Rules of Practice require discovery to be sent to opposing counsel in time to be completed by the deadline. As there have been no prior extensions of the Discovery Plan and Scheduling Order deadlines, and Defendant City of Las Vegas' motion to dismiss is still pending, the court *sua sponte* granted a 30-day extension of the Discovery Plan and Scheduling Order deadlines to enable Plaintiff to serve Defendants with her written discovery requests. Additionally, as Defendant LVMPD did not respond to the motion or appear at the hearing, the court will grant Plaintiff's Motion (Dkt. #21) for additional time to respond to Request for Admissions. Plaintiff indicated that she had recently responded to Defendant LVMPD's Request for Admissions. The court will also relieve her of the automatic admission provisions of Rule 36(a)(3), that is, the Request for Admissions will not be deemed admitted because of Plaintiff's prior failure to timely respond.

**IT IS ORDERED** that:

1. Plaintiff's Motion to Request Continuance (Dkt. #21) is **GRANTED**. Plaintiff having represented that she served responses to LVMPD's Request for Admissions, no further extensions will be allowed for her to respond.

2. The Discovery Plan and Scheduling Order deadlines are extended as follows:

   a. The discovery cutoff is extended from March 18, 2011, to **April 17, 2011**.

   b. The deadline for filing dispositive motions is extended from April 17, 2011, to **May 17, 2011**.

   c. The deadline for filing the Joint Pretrial Order is extended from May 17, 2011, to **June 17, 2011.** In the event dispositive motions are filed, the date for filing the Joint Pretrial Order shall be suspended until 30 days after a decision of the dispositive motions.

3. The disclosures required by Fed. R. Civ. P. 26(a)(3), and any objections thereto, shall be included in the Pretrial Order.

4. Plaintiff's prior failure to answer the Request for Admissions shall **not** be deemed an admission.

Dated this 17th day of March, 2011.

_____
Peggy A. Leen
United States Magistrate Judge